**Gerald Wayne BARNES, Petitioner, v. Dr. M. J. PESCOR, Warden.**

**No. 12455.**

Circuit Court of Appeals, Eighth Circuit.

Oct. 18, 1946.

Gerald Wayne Barnes, pro se.

PER CURIAM.

Petition for appeal denied.

**Walter Norman CHMIELEWSKI, Appellant, v. UNITED STATES of America, Appellee.**

**No. 10187.**

Circuit Court of Appeals, Sixth Circuit.

Dec. 3, 1946.

Walter N. Cjmielewski, in pro. per.

Hepburn, Coy & Gringle, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, upon consideration whereof, following the case of Moss et al. v. United States, 6 Cir., 132 F.2d 875, it is ordered and adjudged that the cause be and the same is hereby remanded to the District Court with directions to set aside the sentences imposed upon appellant and re-sentence him specifically upon each count of the indictments upon which he was convicted.

**William A. CLARKE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 9229.**

Circuit Court of Appeals, Third Circuit.

Argued Jan. 24, 1947.

Decided Jan. 30, 1947.

Henry D. O'Connor, of Philadelphia, Pa., for petitioner.

Norman S. Altman, of Washington, D. C. (Sewall Key, Acting Asst. Atty. Gen., and Robert N. Anderson, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS and KALODNER, Circuit Judges, and McGRANERY, District Judge.

PER CURIAM.

The decision of the Tax Court is affirmed.